IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID E. RAWDIN, M.D. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 12-6781 |
| | : | |
| THE AMERICAN BOARD OF PEDIATRICS | : | |

## **JUDGMENT**

AND NOW, this 6th day of November, 2013, for the reasons set forth in the accompanying Memorandum, it is ORDERED judgment is entered in favor of Defendant the American Board of Pediatrics and against Plaintiff David Rawdin, M.D., on Rawdin's claim for violation of Title III of the Americans with Disabilities Act. The Clerk is directed to mark the above-captioned case CLOSED.

BY THE COURT:

　　/s/ Juan R. Sánchez　　
Juan R. Sánchez, J.